IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-272

| | |
|---|---|
| EVAN MACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| WINDSTREAM COMMUNICATIONS, ) | |
| INC. (now WINDSTREAM ) | |
| COMMUNICATIONS, LLC), ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Robert R. Marcus' Application for Admission to Practice *Pro Hac Vice* of Jason D. Maertens. It appearing that Jason D. Maertens is a member in good standing with the South Carolina State Bar and will be appearing with Robert R. Marcus, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

IT IS, THEREFORE, ORDERED that Robert R. Marcus' Application for Admission to Practice Pro Hac Vice (#5) of Jason D. Maertens is **GRANTED**,

and that Jason D. Maertens is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Robert R. Marcus.

Signed: August 20, 2016

Dennis L. Howell
United States Magistrate Judge